MAGISTRATE JUDGE MASON
09CR 0117
JUDGE DER-YEGHIAYAN
JUDGES COPY
FEB 10 2009
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT
FILED
JN 2-10-09
FEB 10 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| v. ) | |
| ) | Violations: Title 18, United States |
| FRANCISCO PEREZ ) | Code, Sections 2252A(a)(2)(A) and |
| ) | 2252A(a)(5)(B). |

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 11, 2004, at Aurora, in the Northern District of Illinois, Eastern Division, and elsewhere,

FRANCISCO PEREZ,

defendant herein, knowingly distributed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate commerce by any means, including by computer, namely, a video file titled "bobby01.mpeg";

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## **COUNT TWO**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about February 17, 2004 at Aurora, in the Northern District of Illinois, Eastern Division, and elsewhere,

FRANCISCO PEREZ,

defendant herein, knowingly distributed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate commerce by any means, including by computer, namely, a video file titled "Preteen - 10 year old boys masturbating himself.mpeg";

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 14, 2005, at Aurora, in the Northern District of Illinois, Eastern Division, and elsewhere,

FRANCISCO PEREZ,

defendant herein, knowingly attempted to receive child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video cassette tape that defendant believed contained a video depicting minor children engaged in sexually explicit conduct, that had been shipped and transported in interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 14, 2005, at Aurora, in the Northern District of Illinois, Eastern Division,

### FRANCISCO PEREZ,

defendant herein, knowingly possessed material, namely, an HP Pavilion A320N computer CPU, serial number MXK339078Y, and computer disks, containing video and still images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FIVE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 3, 2008, at Aurora, in the Northern District of Illinois, Eastern Division,

FRANCISCO PEREZ,

defendant herein, knowingly possessed material, namely, an HP Tower Media Center PC System No. RX-893-AA-ABA, serial number CNX7110CFH, and compact disks, containing video and still images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2008-1 GRAND JURY further alleges:

1. The allegations of Counts One through Count Five of this indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2252A,

FRANCISCO PEREZ,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all rights, title and interest defendant has in any matter which contained visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and promote the commissions of the said violations.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items seized from the residence of the defendant on December 14, 2005, December 3, 2008 and December 4, 2008:

   a. seized personal computers including hard drives; HP Pavilion A320N Computer CPU Serial #MXK339078Y and HP tower Media Center PC System #RX-893-AA-ABA and Serial # CNX7110CFH;

   b. seized peripherals and connecting cables;

   c. seized computer disks, including compact disks, floppy disks, DVDs and zip disks;

   d. seized images;

      e.      HP Photosmart 7450 Printer Serial # CN46B2T27G;

      f.      HP Scanjet 3970 Scanner Serial # CN398T21GQ;

      g.      Panasonic TV Serial # LA02900924;

      h.      DVD Player Serial # HOGA24482;

      i.      Sony VCR Serial # 5B-0653219.

All pursuant to Title 18, United States Code, Section 2253.

                      A TRUE BILL:

                      _____

                      FOREPERSON

_____
UNITED STATES ATTORNEY